CLERK'S OFFICE U.S. DISTRICT COURT AT
ROANOKE, VA
FILED
11/22/2024
LAURA A. AUSTIN, CLERK
BY: s/C Kemp
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| GROVER GAMING, INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM J. RICE, <br><br> Defendant. | Civil Action No.: 5:23-cv-00036-MFU |

## DISMISSAL ORDER

This day came the Plaintiff, Grover Gaming, Inc. and Defendant, William J. Rice (the "**Parties**"), by counsel, and represented to the Court that the Parties have resolved all issues in the above-styled matter. Upon consideration of the foregoing and the Parties' Joint Stipulation of Dismissal with Prejudice, it is hereby

**ORDERED** that this case is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party bearing their own attorneys' fees and costs, and the case should be removed from the Court's docket.

Entered this 21st day of November, 2024.

Mike Urbanski   Senior
U.S.District Judge
2024.11.21 12:15:18 -05'00'

_____
Michael F. Urbanski
United States District Judge